FILED: January 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2220 (L)
(20-293)
_____

DUKE ENERGY PROGRESS, LLC

      Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

      Respondents

BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a AT&T North Carolina, d/b/a AT&T South Carolina

      Intervenor

-------------------------------

USTELECOM - THE BROADBAND ASSOCIATION

      Amicus Supporting Respondents

_____

No. 23-1096
(20-293)
_____

BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a AT&T North Carolina, d/b/a AT&T South Carolina

    Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

    Respondents

DUKE ENERGY PROGRESS, LLC

    Intervenor

------------------------------

USTELECOM - THE BROADBAND ASSOCIATION

    Amicus Curiae

_____

O R D E R

_____

This case is currently calendared for oral argument on January 24, 2024. Upon consideration of the joint motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court removes the case from the oral argument calendar, grants the motion, and dismisses this appeal on terms agreed to by the parties.

    Entered at the direction of Judge Harris with the concurrence of Judge Richardson and Judge Heytens.

                  For the Court

/s/ Nwamaka Anowi, Clerk